**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------x

ALASTIN SKINCARE, INC.,

      Plaintiff,      Civil Action No. 2:22-cv-04921-JMA-LGD

 -against-          **CONSENT JUDGMENT AND PERMANENT INJUNCTION**

DERM EXPO & MANAGEMENT INC., and
COSMETIQUEBEAUTYBAR INC.

      Defendant.

---------------------------------------------------------x

  Plaintiff Alastin Skincare, Inc. and Defendants Derm Expo & Management Inc. and COSMETIQUEBEAUTYBAR Inc. (collectively, the "Parties"), having considered the facts and applicable law and having agreed to the entry of this Consent Judgment and Permanent Injunction ("Consent Judgment"), and the Parties having stipulated that there is no just reason for delaying entry of final judgment in this action as to Derm Expo & Management Inc. and COSMETIQUEBEAUTYBAR Inc. ("Defendants"), it is hereby ordered, adjudged, and decreed as follows:

  A.  Remedies for past allegations of wrongdoing shall be in accordance with a Confidential Settlement Agreement made and entered into by the Parties on October 26, 2022.

  B.  Defendants and their affiliates, agents, heirs, representatives, successors, assigns, joint venturers, websites, corporations, seller accounts, and any other business entity in which Defendants hold an interest, or any other person or party acting on Defendants' behalf or pursuant to Defendants' direction and supervision shall abstain from engaging in advertising, editorializing, selling, offering for sale, distributing, importing, shipping, packaging, or in any way trading in any

products bearing Alastin Skincare's trademarks, copyrights, patents, or packaging, either domestically or abroad, without first obtaining the express written consent of Alastin Skincare.

  C. This Court retains exclusive jurisdiction of this action, and the Parties consent to venue in this Court, for the purpose of insuring compliance with this Consent Judgment and enforcement of the Confidential Settlement Agreement.

  D. No appeal shall be taken by any Party from this Consent Judgment, the right to appeal from this Consent Judgment being expressly waived by the Parties.

  E. This Consent Judgment shall finally conclude, resolve, and dispose of all claims of Alastin Skincare against Defendants with prejudice.

  F. Each Party shall bear its own costs and attorneys' fees.

  G. Final Judgment shall be entered hereto, forthwith, without further notice.

The Clerk is directed to enter this Final Consent Judgment and Permanent Injunction forthwith.

Dated: October 31, 2022.

            /s/ (JMA)
            JOAN M. AZRACK
            UNITED STATES DISTRICT JUDGE